UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHY S MILLER,<br><br>               Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C19-5276 MLP<br><br>ORDER |

In March 2020, the Court affirmed the final decision of the Commissioner and dismissed the case with prejudice. (Dkt. ## 19, 20.) Plaintiff appealed that decision to the Ninth Circuit. (Dkt. ## 21, 22.) On appeal, the parties filed a stipulated motion for remand to the Social Security Administration for the agency to consider the impact of *Carr v. Saul*, 141 S. Ct. 352 (2021). (Dkt. # 23.) The Ninth Circuit granted the motion and remanded the case. (*Id.*) Accordingly, the Court hereby remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Supreme Court's intervening decision in *Carr*.

//

//

ORDER - 1

Dated this 11th day of June, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2